TERI HEALY, TRIAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
A. LUIS LUCERO, JR., REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6916
teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | CIVIL ACTION NO. |
| Plaintiff, ) ) | COMPLAINT |
| v. ) ) | JURY TRIAL DEMAND |
| PACIFIC COMMERCIAL EQUIPMENT, INC. ) d/b/a AERO CONSTRUCTION, ) ) | |
| Defendant. ) ) | |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Quenton Borreson, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Pacific Commercial Equipment, Inc., d/b/a/ Aero Construction ("defendant" or "Aero Construction"), discriminated against Mr. Borreson, a qualified individual with a disability, when it failed to hire him because of his disability.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with

Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section

706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3)

("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Western District of Washington at Seattle.

<u>PARTIES</u>

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the

agency of the United States of America charged with the administration, interpretation and

enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a)

of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of

Title VII, 42 U.S.C. 2000e-5(f)(1).

4.      At all relevant times, defendant Aero Construction has continuously been doing

business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, defendant has continuously been an employer engaged in an

industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section

101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of

Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.      At all relevant times, defendant has been a covered entity under Section 101(2) of the

ADA, 42 U.S.C. § 12111(2).

<u>STATEMENT OF CLAIMS</u>

7.      More than thirty days prior to the institution of this lawsuit, Quenton Borreson filed a

charge with the Commission alleging violations of Title I of the ADA by defendant.  All conditions

precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least July 11, 2002, defendant has engaged in unlawful employment practices

at its Seattle area facilities, in violation of Sections 102(a) of Title I of the ADA, 42 U.S.C. §

12112(a).  Quenton Borreson is disabled under the ADA in that he is an amputee, missing his right

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1  arm. The defendant discriminated against Mr. Borreson, a qualified individual with a disability, when
2  it failed to hire him because of his disability in violation of Sections 102(a) of the ADA.

3      9.   The effect of the practices complained of in paragraph 8 above has been to deprive Mr.
4  Borreson of equal employment opportunities and otherwise adversely affect his status as an employee,
5  because of his disability.

6      10.   The unlawful employment practices complained of in paragraph 8 above were and are
7  intentional.

8                    PRAYER FOR RELIEF

9      Wherefore, the Commission respectfully requests that this Court:

10      A.   Grant a permanent injunction enjoining defendant, its officers, agents, successors,
11  assigns, and all persons in active concert or participation with it, from unlawfully failing to provide
12  equal employment opportunities to employees with disabilities and to accommodate employees'
13  disabilities, and any other employment practice which discriminates on the basis of disability.

14      B.   Order defendant to institute and carry out policies, practices, and programs which
15  provide equal employment opportunities for qualified individuals with disabilities, and which
16  eradicate the effects of its past and present unlawful employment practices.

17      C.   Order defendant to make whole Quenton Borreson by providing appropriate back pay
18  with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary
19  to eradicate the effects of its unlawful employment practices.

20      D.   Order defendant to make whole Quenton Borreson by providing compensation for past
21  and future pecuniary losses resulting from the unlawful employment practices described in paragraph
22  8 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

23      E.   Order defendant to make whole Quenton Borreson by providing compensation for past
24  and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 8
25  above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation,
26  in amounts to be determined at trial.

27      F.   Order defendant to pay Quenton Borreson punitive damages for its malicious and

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

COMPLAINT - PAGE  3

reckless conduct, as described in paragraph 8 above in amounts to be determined at trial.

G.   Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this ____23____ day of _____April_____, 2004.

A. LUIS LUCERO, JR.                         ERIC S. DREIBAND
Regional Attorney                           General Counsel

KATHRYN OLSON                               JAMES L. LEE
Supervisory Trial Attorney                  Deputy General Counsel

TERI HEALY                                  GWENDOLYN Y. REAMS
Trial Attorney                              Associate General Counsel

BY: __/s/ A. Luis Lucero, JR._____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Seattle District Office                     Office of the General Counsel
909 First Avenue, Suite 400                 1801 "L" Street NW
Seattle, Washington 98104                   Washington, D.C. 20507
Telephone (206) 220-6916
teri.healy@eeoc.gov

Attorneys for Plaintiff

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

COMPLAINT - PAGE  4